## People of State of Illinois, Defendant in Error, v. George Spiros, Plaintiff in Error.

### Gen. No. 43,800.

opinion filed November 18, 1946; released for publication December 4, 1946. Ellis & Westbrooks, Kimball Smith and Theodore B. Howard, for plaintiff in error; Richard E. Westbrooks, of counsel; William J. Tuohy, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe, Joseph A. Pope and C. D. Pemberton, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.